UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPER, N.A.,<br>　　　　Plaintiff,<br>　　v.<br>EXPANDI, INC., et al.,<br>　　　　Defendants. | Case No.15-cv-04066-NC<br><br>**NOTICE OF DEFICIENCY** |

Defendants' reply was due on October 28, 2015.  The Court has not received a reply or a notice that none will be filed.  Defendants must file a reply or a notice that none will be filed by October 30, 2015.

**IT IS SO ORDERED.**

Dated: October 29, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.15-cv-04066-NC