1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10    PEPPER, N.A.,

11                    Plaintiff,                    Case No. 15-cv-04066 NC

12          v.                                      **ORDER REQUIRING PLAINTIFF
                                                    TO SPECIFY EACH CATEGORY OF
13    EXPANDI, INC., and others,                    DAMAGES (DEFENDANTS'
                                                    MOTION IN LIMINE NO. 4)**
14                    Defendants.

15

16          Trial is not an ambush.  Federal Rule of Civil Procedure 26 imposes an affirmative

17   duty to disclose witnesses, supporting documents, a computation of damages, and

18   insurance agreements.  As to damages, a plaintiff must disclose "a computation of each

19   category of damages" and make available "documents or other evidentiary material . . . on

20   which each computation is based."  Fed. R. Civ. P. 26(a)(1)(A)(iii).

21          In their pretrial motion in limine number 4, defendants seek to preclude plaintiff

22   from presenting evidence of speculative damages.  Dkt. No. 67.  In response, plaintiff

23   states the motion is "disastrously" and "completely unclear" and that plaintiff will present

24   evidence of "significant damages with reasonable certainty."  Dkt. No. 73 at 2.

25          Plaintiff's superficial disclosure of its damages computations falls far short of what

26   is required.  By May 11 at noon, plaintiff must file a chart that specifies its computation of

27   each category of damages.  The chart must include: (1) specific monetary amounts in each

28   category; (2) under which cause(s) of action the damages are awardable; (3) the trial

Case No. 15-cv-04066 NC

*United States District Court
Northern District of California*

exhibits, stipulations, or witness testimony upon which each computation is based; and (4) a computation of the total damages that plaintiff seeks at trial.

Plaintiff is warned that the Court may exclude any request for, and evidence of, damages that have not been properly and timely disclosed.

The Court will rule separately on the other motions in limine at the pretrial conference.

**IT IS SO ORDERED.**

Dated:  May 9, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California