UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPER, N.A., | Case No. 5:15-cv-04066 NC |
| Plaintiff, | |
| v. | **ORDER TO FURNISH DAILY REFRESHMENTS** |
| EXPANDI, INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning May 17, 2016, **at 8:00 a.m.**, for the duration of the trial and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 7, 4th Floor, 280 South First Street, San Jose, California.

IT IS SO ORDERED.

Dated: May 11, 2016

_____
NATHANAEL COUSINS
United States Magistrate Judge

Case No. 15-cv-04066 NC
ORDER FOR REFRESHMENTS