UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPER, N.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPANDI, INC., and NETPARTNERING LIMITED,<br><br>        Defendants. | Case No. 15-cv-04066 NC<br><br>**[DRAFT] VERDICT FORM** |

    When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

    We, the jury, unanimously agree to the answers to the following questions:

Case No. 15-cv-04066 NC

1. **Did plaintiff prove by a preponderance of evidence that it entered into a joint venture with NetPartnering Ltd.?**

    Yes _____    No _____

    *If you answered yes, answer Questions 2 and 3.*
    *If you answered no, skip to Question 4.*

2. **Did plaintiff prove by a preponderance of evidence that NetPartnering Ltd. breached a joint venture agreement?**

    Yes _____    No _____

3. **Did plaintiff prove by a preponderance of evidence that NetPartnering Ltd. breached a fiduciary duty?**

    Yes _____    No _____

4. **Did plaintiff prove by a preponderance of evidence its claim for unjust enrichment?**

    Expandi, Inc.          Yes _____    No _____
    NetPartnering Ltd.    Yes _____    No _____

5. **Did plaintiff prove by a preponderance of evidence its claim for common count?**

    Expandi, Inc.          Yes _____    No _____
    NetPartnering Ltd.    Yes _____    No _____

6. **Did plaintiff prove by a preponderance of evidence that one or both defendants engaged in unlawful or fraudulent business practices?**

    Expandi, Inc.          Yes _____    No _____
    NetPartnering Ltd.    Yes _____    No _____

*If you answered Yes to any of the above questions, please proceed to questions 7 and 8.*
*If you answered No to all of the questions above, answer no further questions, and have the presiding juror sign and date this form.*

Case No. 15-cv-04066 NC                           2

# DAMAGES

**7.     If you answered yes to any of the above questions, what are plaintiff's damages against each defendant?**

*Only fill out a number if you answered yes to the corresponding claim above.*

| Question | Claim | NetPartnering Ltd. | Expandi Inc. |
|---|---|---|---|
| 2 | Breach of Joint Venture Agreement | | Not applicable |
| 3 | Breach of Fiduciary Duty | | Not applicable |
| 4 | Unjust Enrichment | | |
| 5 | Common Count | | |
| 6 | Unfair Business Practices Act | | |

**8.     Do you award punitive damages?**

    Expandi, Inc.            Yes, in the amount of _____     No _____

    NetPartnering Ltd.       Yes, in the amount of _____     No _____

**Signed:** _____        **Dated:** _____
    **Presiding Juror**

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

Case No. 15-cv-04066 NC            3