UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPER, N.A.,<br>        Plaintiff,<br>    v.<br>EXPANDI, INC., et al.,<br>        Defendants. | Case No.15-cv-04066-NC<br><br>**ORDER FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OBJECTIONS**<br><br>Re: Dkt. Nos. 100, 101 |

The Court ORDERS the plaintiff to respond to defendants' objections to the Court's draft jury verdict and draft final jury instructions by tonight at midnight via submission on ECF.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-04066-NC